UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| (MAXIMILIANO) SILEONI,<br><br>                    Plaintiff,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE, IRS DIRECTOR,<br><br>                    Defendants. | Case No. 1:21-CV-00038-DCN<br><br>**SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE** |

In the Initial Review Order, Plaintiff, a citizen of Argentina, complained that he did not receive his stimulus payment under the March 2020 Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), 26 U.S.C. § 6428. Under the CARES Act, the United States government provided emergency relief to individuals in the form of a tax credit (payment) for 2020. Additional relief was provided in 2021. To qualify for the payments, a person must be a United States citizen, a lawful permanent resident ("green card" holder), or a qualifying resident alien, and must have a Social Security number. *See id*.

Plaintiff was notified by the Court that, if a person is eligible to collect all or some of the stimulus money, but it never arrived, he could claim the missing money on his 2020 tax return as a "Recovery Rebate Credit," using 2020 Form 1040 or Form 1040-SR to claim a catch-up stimulus payment. Plaintiff was notified that, if a person does not usually file a tax return because he does not meet the required income threshold, he would nevertheless need to file a 2020 return to obtain the stimulus payments.

SUCCESSIVE REVIEW ORDER BY SCREENING JUDGE - 1

Plaintiff now says that he is a resident alien, but did not file a 2020 tax return on time because he did not have a job and was living on the street. The Court gave Plaintiff instructions that he needed to show he was a United States citizen, a lawful permanent resident ("green card" holder), or a qualifying resident alien; that he must have a Social Security number; and that he filed a late 2020 return before the IRS could determine whether he was qualified for a stimulus payment.

Plaintiff has stated in a vague manner that he turned in a 1040 form to the IRS. Here, he has submitted only a document of correspondence he received from the IRS in February 2021 that has no content other than "Cut out and return the voucher below if you have an inquiry or response." Dkt. 9, p. 12. He has submitted nothing showing he is a lawful resident alien, that he filed a late tax return, or that he has a social security number. He has failed to plead that he has made a stimulus request to the IRS in a proper manner, failed to plead that the IRS has made a determination on a stimulus request, and failed to plead what steps he has taken, if anything, to follow up on his request.

**IT IS ORDERED** that this case is DISMISSED without prejudice for failure to follow the Initial Review Order and failure to state a claim upon which relief can be granted.

DATED: February 25, 2022

_____
David C. Nye
Chief U.S. District Court Judge